JAMES E. SMYTH, II
Nevada Bar No. 6506
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:  (702) 792-7000
Fax:            (702) 796-7181
jsmyth@kcnvlaw.com

RICHARD W. EPSTEIN
MYRNA L. MAYSONET
SARAH A. SLAUGHTER
(*Admitted pro hac vice*)
GREENSPOON MARDER, P.A.
201 East Pine St., Suite 500
Orlando, Florida 32801
richard.epstein@gmlaw.com
myrna.maysonet@gmlaw.com
sarah.slaughter@gmlaw.com
***Attorneys for Defendants***

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA WALL an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CFI SALES & MARKETING, LLC dba WESTGATE RESORT, INC. dba WESTGATE RESORT, DOES I-X, inclusive, ROES I-X, INCLUSIVE,<br><br>Defendants. | Case No.: 2:14-cv-01529-RFB-NJK<br><br>**JOINT VOLUNTARY DISMISSAL WITH PREJUDICE** |

Defendants, CFI Sales & Marketing, LLC. and CFI Sales & Marketing, Inc. (collectively "Defendants"), and Plaintiff, Pamela Wall ("Plaintiff"), through undersigned counsel, hereby voluntarily dismiss all of their claims in the instant account with prejudice, with each party bearing responsibility for their own fees and costs. The Court may retain jurisdiction to enforce the settlement, if necessary. For purposes of this Joint Notice of Voluntary Dismissal, a copy or

*Joint Voluntary Dismissal with Prejudice*
Case No.:14-cv-1529-RFB-NJK

1  facsimile signature shall be deemed to be an original signature.

2  Dated: March 18, 2015.

JOHN PETER LEE, LTD.
Attorneys for Plaintiff
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101-6723
(702) 382-4044
JohnCCourtney@msn.com

By: _____
JOHN C. COURTNEY
NV Bar No. 11092

GREENSPOON MARDER, P.A.
Attorneys for Defendant
201 East Pine Street, Suite 500
Orlando, Florida 32801
(407) 425-6559
myrna.maysonet@gmlaw.com

By: _____
MYRNA L. MAYSONET
Florida Bar No. 429650

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED this 26th day of March, 2015.**